THE HONORABLE RONALD B. LEIGHTON

1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| MARY L. EDWARDS, | ) | Case No.: C04-5656 RBL |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| TACOMA PUBLIC SCHOOLS AND ALL | ) | **PLAINTIFF'S MOTION AND  ORDER FOR** |
| OTHER UNKNOWN PARTIES, | ) | **WITHDRAWAL OF COUNSEL** |
| Defendants. | ) | |
| | ) | |

9

10

11

12

13

14

15     TO:     Clerk of the Court,

16

17          YOU ARE HEREBY NOTIFIED of a change of attorney for plaintiff MARY EDWARDS in
the above-entitled action.  Upon discussion between plaintiff and counsel, effective November 27,

18   2006, Héctor Steele Rojas will withdraw and plaintiff will continue *pro se* in this matter. Her address
is: 9717 56th St. W., University Place, WA 98467.

19

20          DATED this 27th day of November 2006.

21          NORTHWEST LAW CENTER, PLLC,

22   /s/ Héctor Steele Rojas

23   Héctor Steele Rojas, WSBA No. 29916
Attorney at Law

24

25

PLAINTIFF'S MOTION AND [PROPOSED]
ORDER FOR WITHDRAWAL OF COUNSEL - 1

1  This matter having come before this Court upon Plaintiff's Motion for Withdrawal of Counsel under GR
2  2(f)(4), and being fully advised in the premises now, THEREFORE,

3
   The Motion for Withdrawal of Counsel is hereby GRANTED
4

5  IT IS HEREBY ORDERED that Héctor Steele Rojas is withdrawn as counsel for MARY EDWARDS.

6
   IT IS SO ORDERED this 6th day of December, 2006.
7

8

9        RONALD B. LEIGHTON
         UNITED STATES DISTRICT JUDGE
10        Digitally Signed upon oral authorization (JAB)

11

12
   Presented by:
13 NORTHWEST LAW CENTER, PLLC

14 /s/ Héctor Steele Rojas
   Héctor Steele Rojas, WSBA No. 29916
15 Attorney at Law

16

17

18

19

20

21

22

23

24

25

PLAINTIFF'S MOTION AND [PROPOSED]
ORDER FOR WITHDRAWAL OF COUNSEL - 2

NORTHWEST LAW CENTER, PLLC
601 UNION STREET, SUITE 2325
SEATTLE, WASHINGTON 98101
(206) 652-5999/FAX (206) 652-5952